IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NONEND INVENTIONS N.V., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12-1041-GMS |
| | ) | Civil Action No. 13-389-GMS |
| v. | ) | Consolidated |
| | ) | |
| SPOTIFY USA INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER EXTENDING EXPERT DISCOVERY DEADLINES

All parties to this action stipulate, subject to the approval and order of the Court, that deadlines for expert discovery should be extended as shown in the table below. These deadlines are currently prescribed by the Scheduling Order in these Actions, entered by the Court on February 28, 2013 (D.I. 18). The reason for the requested extensions is to account for the Court's rescheduling of the *Markman* hearing in this matter from December 16, 2013 to March 20, 2014. The parties believe that the requested relief of extending the deadlines for expert discovery until after the issuance of a claim construction opinion will allow the parties to save the effort and expense of amending their respective expert reports in light of such opinion.

This stipulation does not seek extension of any deadlines other than those shown in the table below. In particular, the parties are not proposing to postpone any court proceeding or extend the deadline for any court filing.

| Deadline | Date Prescribed by Court's Scheduling Order (D.I. 18) | Date Now Stipulated by the Parties |
|---|---|---|
| Opening expert reports | February 17, 2014 | May 16, 2014 |
| Rebuttal expert reports | March 19, 2014 | June 13, 2014 |
| Close of expert discovery | May 4, 2014 | June 30, 2014 |

NOW, THEREFORE, the parties respectfully move the Court as follows:

The above deadlines shall govern expert discovery in this matter.

STAMOULIS & WEINBLATT LLC                    POTTER ANDERSON & CORROON LLP

By: /s/ Stamatios Stamoulis                  By: /s/ Philip A. Rovner
    Stamatios Stamoulis (#4606)                  Philip A. Rovner (#3215)
    Richard C. Weinblatt (#5080)                 Jonathan A. Choa (#5319)
    Two Fox Point Centre                         Hercules Plaza
    6 Denny Road, Suite 307                      P.O. Box 951
    Wilmington, DE  19809                        Wilmington, DE 19899
    (302) 999-1540                               (302) 984-6000
    stamoulis@swdelaw.com                        provner@potteranderson.com
    weinblatt@swdelaw.com                        jchoa@potteranderson.com

*Attorneys for Plaintiff Nonend Inventions N.V.*     *Attorneys for Defendants Spotify USA Inc., et al.*

SO ORDERED this ____day of _____, 2014.

_____
UNITED STATES DISTRICT COURT CHIEF JUDGE