IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NONEND INVENTIONS N.V., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 12-1041-GMS |
| ) | |
| v. ) | |
| ) | |
| SPOTIFY USA INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 16, 2014 true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

INITIAL EXPERT REPORT OF DR. GEORGE KESIDIS REGARDING INVALIDITY OF UNITED STATES PATENT NOS. 7,587,508; 7,590,752; 7,779,138; 8,090,862; 8,099,513; AND 8,266,315

## BY EMAIL

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff*

Richard C. Vasquez, Esq.
Eric W. Benisek, Esq.
Jeffrey T. Lindgren, Esq.
Robert McArthur, Esq.
Stephen C. Steinberg, Esq.
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Boulevard
Suite 300
Lafayette, CA 94549
rvasquez@vbllaw.com
ebenisek@vbllaw.com
jlindgren@vbllaw.com
mcarthur@vbllaw.com
ssteinberg@vbllaw.com

*Co-Counsel for Plaintiff*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Craig Y. Allison
Alden K. Lee
BUNSOW, DE MORY, SMITH &
ALLISON LLP
55 Francisco Street, Suite 600
San Francisco, CA 94133
(415) 426-4747

Dated: May 19, 2014
1153135

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendants*


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 19, 2014, the within document was filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 19, 2014, the within document was electronically mailed to the following persons:

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff*

Richard C. Vasquez, Esq.
Eric W. Benisek, Esq.
Jeffrey T. Lindgren, Esq.
Robert McArthur, Esq.
Stephen C. Steinberg, Esq.
Padraig O'Connor
Dee S. Gray
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Boulevard
Suite 300
Lafayette, CA 94549
rvasquez@vbllaw.com
ebenisek@vbllaw.com
jlindgren@vbllaw.com
mcarthur@vbllaw.com
ssteinberg@vbllaw.com
poconnor@vbllaw.com
dgray@vbllaw.com

*Co-Counsel for Plaintiff*

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
provner@potteranderson.com