IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NONEND INVENTIONS N.V., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 12-1041-GMS |
| ) | Civil Action No. 13-389-GMS |
| v. ) | **Consolidated** |
| ) | |
| SPOTIFY USA INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The plaintiff Nonend Inventions N.V. ("Nonend") and defendants Spotify USA Inc, Spotify Limited, Spotify Technology, S.A. and Spotify AB (collectively, "Spotify"), by and through their undersigned counsel and subject to approval of the Court, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(2), that (1) all of Nonend's claims in this action are dismissed with prejudice, and (2) all of Spotify's counterclaims in this action are dismissed without prejudice. Each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| | |
| By: */s/ Stamatios Stamoulis* | By: */s/Philip A. Rovner* |
|     Stamatios Stamoulis (#4606) |     Philip A. Rovner (#3215) |
|     Richard C. Weinblatt (#5080) |     Jonathan A. Choa (#5319) |
|     Two Fox Point Centre |     Hercules Plaza |
|     6 Denny Road, Suite 307 |     P.O. Box 951 |
|     Wilmington, DE 19809 |     Wilmington, DE 19899 |
|     (302) 999-1540 |     (302) 984-6000 |
|     Stamoulis@swdelaw.com |     provner@potteranderson.com |
|     Weinblatt@swdelaw.com |     jchoa@potteranderson.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: September 25, 2014

SO ORDERED, this ___29th___ day of ___Sept.___, 2014.

_____
Judge Gregory M. Sleet
United States District Court Judge

1167055